| Debtor 1 | Tina | Marie | Decatur |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Eastern District of Virginia | |
| Case number (if known) | | | |



FILED
2021 NOV 17  AM 11:07
U.S. BANKRUPTCY COURT
RICHMOND DIVISION

Official Form 119

## Bankruptcy Petition Preparer's Notice, Declaration, and Signature       12/15

Bankruptcy petition preparers as defined in 11 U.S.C. § 110 must fill out this form every time they help prepare documents that are filed in the case. If more than one bankruptcy petition preparer helps with the documents, each must sign in Part 3. A bankruptcy petition preparer who does not comply with the provisions of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure may be fined, imprisoned, or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Part 1: Notice to Debtor

Bankruptcy petition preparers must give the debtor a copy of this form and have the debtor sign it before they prepare any documents for filing or accept any compensation. A signed copy of this form must be filed with any document prepared.

Bankruptcy petition preparers are not attorneys and may not practice law or give you legal advice, including the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether filing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to keep your home, car, or other property after filing a case under the Bankruptcy Code;
- what tax consequences may arise because a case is filed under the Bankruptcy Code;
- whether any tax claims may be discharged;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement;
- how to characterize the nature of your interests in property or your debts; or
- what procedures and rights apply in a bankruptcy case.

The bankruptcy petition preparer _____ Yarelis Rivera _____ has notified me of
                                    Name
any maximum allowable fee before preparing any document for filing or accepting any fee.

X _Tina Marie Decatur_____     Date   11/16/2021
Signature of Debtor 1 acknowledging receipt of this notice          MM/ DD/ YYYY

Date  11/16/2021
MM/ DD/ YYYY

Debtor 1    <u>Tina         Marie          Decatur                    </u>        Case number *(if known)* _____
            First Name   Middle Name    Last Name

| Part 2: | Declaration and Signature of the Bankruptcy Petition Preparer |

Under penalty of perjury, I declare that:

- I am a bankruptcy petition preparer or the officer, principal, responsible person, or partner of a bankruptcy petition preparer;

- I or my firm prepared the documents listed below and gave the debtor a copy of them and the *Notice to Debtor by Bankruptcy Petition Preparer* as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and

- if rules or guidelines are established according to 11 U.S.C. § 110(h) setting a maximum fee for services that bankruptcy preparers may charge, I or my firm notified the debtor of the maximum amount before preparing any document for filing or before accepting any fee from the debtor.

<u>Yarelis Rivera                                    </u>                              <u>My Document Prep                                         </u>
Printed name                          Title, if any                                    Firm name, if it applies

<u>13501 NW 3rd Street 101                                     </u>
Number         Street

<u>Pembroke Pines, FL   33028                                  </u>                   <u>(407) 516-4195                        </u>
City                         State      ZIP Code                                     Contact phone

I or my firm prepared the documents checked below and the completed declaration is made a part of each document that I check:
*(Check all that apply.)*

☑ Voluntary Petition (Form 101)              ☑ Schedule I (Form 106I)                      ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
☑ Statement About Your Social Security Numbers (Form 121)    ☑ Schedule J (Form 106J)     ☑ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
☑ Your Assets and Liabilities and Certain Statistical Information (Form 106Sum)   ☑ Declaration About an Individual Debtor's Schedules (Form 106Dec)
☑ Schedule A/B (Form 106A/B)                 ☑ Statement of Financial Affairs (Form 107)  ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
☑ Schedule C (Form 106C)                     ☐ Statement of Intention for Individuals Filing Under Chapter 7 (Form 108)     ☑ Application to Pay Filing Fee in Installments (Form 103A)
☑ Schedule D (Form 106D)                     ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)              ☐ Application to Have Chapter 7 Filing Fee Waived (Form 103B)
☑ Schedule E/F (Form 106E/F)
☑ Schedule G (Form 106G)                     ☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)    ☑ A list of names and addresses of all creditors *(creditor or mailing matrix)*
☑ Schedule H (Form 106H)                     ☐ Chapter 7 Means Test Calculation (Form 122A-2)                                ☑ Other <u>Creditor Matrix Verification    </u>

Bankruptcy petition preparers must sign and give their Social Security numbers. If more than one bankruptcy petition preparer prepared the documents to which this declaration applies, the signature and Social Security number of each preparer must be provided. 11 U.S.C. § 110.

X <u>  /s/ signature                                  </u>    <u>5  9  6 - 2  4 - 8  5  2  2</u>       Date   <u>  11/16/2021   </u>
Signature of bankruptcy petition preparer or officer, principal, responsible    Social Security number of person who signed        MM/ DD/ YYYY
person, or partner

<u>              Yarelis Rivera                       </u>
Printed name

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Decatur, Tina Marie**
Debtor

Case No. _____

Chapter **Chapter 13**

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER
*[Must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]*

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services I have agreed to accept..................................... $150.00

   Prior to the filing of this statement I have received.................................................... $150.00

   Balance Due................................................................................................................ $0.00

2. I have prepared or caused to be prepared the following documents (itemize):
   FORMS 101, 103A, 2010, 119, 121, 2800, SCH A-J, 106DEC, 106SUM, 122 MEANS TEST, SOFA, CREDITOR MATRIX AND VERIFICATION.

   and provided the following services (itemize):
   PREPARATION OF PETITION AND REQUESTED SCHEDULES.

3. The source of the compensation paid to me was:
   ☒ Debtor     ☐ Other (specify)

4. The source of the compensation paid to me is:
   ☒ Debtor     ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME

_____
Signature

SOCIAL SECURITY NUMBER

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
Social Security number of bankruptcy petition preparer*

11/16/2021
Date

Yarelis Rivera
Printed name and title, if any, of Bankruptcy Petition Preparer

13501 NW 3rd Street 101 Pembroke Pines, FL 33028
Address

* If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer. (Required by 11 U.S.C. § 110).

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*